METROPOLITAN TRUST CO. v. STALLO et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Metropolitan Trust Company against Edmund K. Stallo and others. No opinion. Motion granted; questions certified as stated in order; order filed. See, also, 152 N. Y. Supp. 173, 1127.

METROPOLITAN TRUST CO. v. STALLO et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by the Metropolitan Trust Company against Edmund K. Stallo and others. No opinion. Motion denied, the defendants to have leave to

move for reargument, or to vacate the injunction granted by this court, if the Court of Appeals should sustain the demurrer to the complaint on the appeal allowed on such demurrer. Settle order on notice. See, also, 152 N. Y. Supp. 1127.